Cabot Christianson, Esq.
BUNDY & CHRISTIANSON
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 258-6016
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re: )<br>)<br>WAVE WHOLESALE CO., LLC, )<br>)<br>Debtor. )<br>) | CASE NO. A01-00029<br>Chapter 11 |

**NOTICE OF OBJECTION TO CLAIM No. 2 & NOTICE OF HEARING THEREON**
**[Hearing Date: September 6, 2001 at 9:30am]**

TO:    Tri State Foods            CLAIM # 2      $ 9,459.50
       PO Box 58978
       Tukwila, WA 98138

                                  FILED: 1/24/01     AS: Unknown

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

     PLEASE TAKE NOTICE that the undersigned objects to the allowance of the above-referenced claim (copy attached) filed in the above captioned case for the following reasons:

> This claim was filed as a priority claim, but it is a general unsecured claim.

The objection asks for the following treatment of your claim:

> Allow claim in full as a general unsecured claim.

     If you dispute the objection to your claim, you must file a written response with the Clerk of the Bankruptcy Court, 605 West Fourth Avenue, Room 138, Anchorage, Alaska 99501-2296 at least five (5) business days before the hearing date shown below and serve a copy on the

Page 1:

undersigned. IF YOU FAIL TO SO DO, THE COURT MAY ALLOW THE OBJECTION TO YOUR CLAIM WITHOUT FURTHER NOTICE TO YOU.

FURTHER TAKE NOTICE that a hearing will be held on **September 6, 2001 at 9:30am,** at the Bankruptcy Courtroom, 605 West Fourth Avenue, Room 138, Anchorage, Alaska, to hear the objection to your claim. If you can not attend the hearing in person, you may call the U.S. Bankruptcy Court In-Court Deputy Clerk at (907) 271-2655, extension 2640, at least three (3) days in advance of the hearing to request telephonic attendance.

Dated this 26 day of July, 2001.

BUNDY & CHRISTIANSON
Attorneys for Trustee

By:_____
     C____ C__istianson

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the **30** day of July, 2001, the foregoing document was mailed to:
- US Trustee            - John Siemers, Esq.
- Jerry Dunn
- Creditor named above

By_____
     Shannon Bell

LAW OFFICE OF
BUNDY & CHRISTIANSON
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
911 WEST 8TH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
(907) 258-6016

Page 2:

| Name of Debtor: ..ave Wholesale Co., LLC | Case Number 01-00029 |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): TRI STATE FOODS<br>Name and Address where notices should be sent:<br><br>TRI STATE FOODS<br>P O BOX 58978<br>TUKWILA WA 98138<br><br>Telephone Number: 206. 575. 1316 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | 01-00029<br><br>359110<br><br>THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Account or other number by which creditor identifies debtor: | Check here if ☐ replaces ☐ amends a previously filed claim, dated _____ this claim |
|---|---|

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your SS #: _____ _____ _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)      (date)

**2. Date debt was incurred:** 8/29/2000

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 9459.50

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date 1/22/01 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Timothy J. Haley, Vice Pres/Gen Mngr | 2 |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*Unsecured Claim*  
If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough

*Secured Claim*  
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before

DEFINITIONS

FOODS  
Tukwila, WA 98138  
(206) 575-1316

| DATE | 08/29/200 |
|---|---|

| INVOICE NO. | 24692 |
|---|---|

**BILL TO:**  
Wave Wholesale/Hub Distribution Center  
9401 King Street  
Anchorage, AK 99515

**SHIP TO:**  
Northland Transfer  
3309 E. West Road  
Tacoma, WA 98406

| P.O. NO. | TERMS | ORDER DATE | SHIP VIA | TRI-STATE S/M # |
|---|---|---|---|---|
| 107626/1101 | 2% 10 Net 11 Days | 08/08/2000 | Delivered | 17246 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 30 | 1250 | 4/3 Ltr O.S. Ruby Red Grapefruit | 80.12 | 2,403 |
| 20 | 1260 | 4/3 Ltr O.S. Cranberry Cocktail | 85.35 | 1,707 |
| 50 | 1430 | 4/3 Vitality Express Orange | 77.99 | 3,899 |
| 20 | 1440 | 4/3 Vitality Express Apple Juice | 72.47 | 1,449 |

/120

| Total | $9,459 |
|---|---|