A.01-00029

FRL-19109 097-3 pdfabc 01-00029
Alaska
Anchorage
605 W. 4th Avenue, Suite 138
Anchorage, AK 99501-2296

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

CONTACT PAYEE FOR NEW PAYMENT ADDRESS

**RETURN TO SENDER**

REASON CHECKED
☐ Moved, Left No Address
☐ Forwarding Order Expired
☐ Unable To Forward
☒ Attempted - Not Known
☐ Unclaimed ☐ Refused
☐ No Such Street ☐ No Such Number
☐ Insufficient Address

076563 76563 1 AT 0.354 53201 4 2 6468-0-77458

EVERETT KNITTING CO

Non-Deliverable Per Postmaster

FRL-59105 097-3 pdfabc 01-00029
Alaska
Anchorage
605 W. 4th Avenue, Suite 138
Anchorage, AK 99501-2296

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

RETURN TO SENDER
*THIS FILE CLOSED*

NIXIE         941  DC 1         00 04/05/10
              RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 99501229699         *0740-02875-09-33

99501@2296

FRI-19109 097--3 pdfabc 01-00029
Alaska
Anchorage
605 W. 4th Avenue, Suite 138
Anchorage, AK 99501-2296

## OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the

UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

079800 79800 1 AT 0.354 60694 1 5 6468-0-80695

ROADMASTER
PO BOX 95749
CHICAGO IL 60694-5749

NIXIE     995  DE 1       00 04/20/10
                             2ACST-
          RETURN TO SENDER
           REFUSED
          UNABLE TO FORWARD

BC: 99501229699      *1895-00625-10-43

REFUSED SENDER (stamps)

FRL-59105 097--3 pdfabc 01-00029
Alaska
Anchorage
605 W. 4th Avenue, Suite 138
Anchorage, AK 99501-2296

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

057370 57370 1 AB 0.357 99501 3 0 6468-0-57370

QEMIRTALEK COAST CORPORATION
C/O PAUL KOVAL, ESQ.
Law Offices of Paul W Koval LLC
431 West 7th Avenue Suite 205
Anchorage AK 99501-3500

Law Offices of Paul W. Koval
P.O. Box 111870
Anchorage, AK 99511

NIXIE      225    DC 1         DO 04/19/10
           RETURN TO SENDER
           ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD
BC: 99501229699    *1989-05081-08-29

FRJ-59105 097--3 pdfabc 01-00029
Alaska
Anchorage
605 W. 4th Avenue, Suite 138
Anchorage, AK 99501-2296

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

057369 57369 1 AB 0.357 99501 3 0 6468-0-57369
Paul W. Koval
Law Offices of Paul W. Koval, LLC
431 W. Seventh Avenue Suite 205
Anchorage, AK 99501-3500

Law Offices of Paul W. Koval
P.O. Box 111870

NIXIE         225   DC 1         00 04/15/10
              RETURN TO SENDER
              ATTEMPTED - NOT KNOWN
              UNABLE TO FORWARD

BC: 99501229699      *1909-05237-07-11

FRL-59105 097--3 pdfabc 01-00029
Alaska
Anchorage
605 W. 4th Avenue. Suite 138
Anchorage, AK 99501-2296

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

057368 57368 1 AB 0.357 99501 3 0 6468-057368

Paul W. Koval
Law Offices of Paul Koval, LLC
431 W. Seventh Avenue Suite 205
Anchorage, AK 99501-3500

Law Offices of Paul W. Koval
P.O. Box 111870
Anchorage, AK 99511

NIXIE    925   DC 1     00  04/18/10

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 99501229699    *1989-05144-07-11

99501@2296

FRL-59105 097--3 pdfabc 01-00029
Alaska
Anchorage
605 W. 4th Avenue, Suite 138
Anchorage, AK 99501-2296

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

025348 25348 1 AT 0.354 64180 8 1 6468-0-25348
AMERICAN INGREDIENTS
P O BOX 802244
KANSAS CITY MO 64180-2244

NIXIE        841    DE  1        00  04/19/10
                                     2ACS
            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 99501229699          *2080-03969-19-28

9950102295

FRI-59105 097--3 pdfabc 01-00029
Alaska
Anchorage
605 W. 4th Avenue, Suite 138
Anchorage. AK 99501-2296

## OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
in the
UNITED STATES BANKRUPTCY COURT

063824 4354 1 SP 0340 98199 5 3 6468-0-63824
SOLUTIONS BASED DSTRBINC
2200 WEST ELMORE STREET
SEATTLE WA 98199

**FIRST**



NIXIE 980 DE 1
RETURN TO SENDER
NOT DELIVERABLE AS ADDR
UNABLE TO FORWARD
BC: 99501229699 *0126-0

FRI-59105 097--3 pdfabc 01-00029
Alaska
Anchorage
605 W. 4th Avenue, Suite 138
Anchorage. AK 99501-2296

## OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
in the
UNITED STATES BANKRUPTCY COURT

063825 4355 1 SP 0340 98199 5 3 6468-0-63825
L F HADLEY ASSOCIATES
2200 W ELMORE ST
SEATTLE WA 98199

**FIRST**



NIXIE 980 DE 1
RETURN TO SENDER
NOT DELIVERABLE AS ADDI
UNABLE TO FORWARI
BC: 99501229699 *0126-0

FRI-19109 097--3 pdfabc 01-00029
Alaska
Anchorage
605 W. 4th Avenue, Suite 138
Anchorage, AK 99501-2296

## OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

078685 78685 1 AT 0.354 60625 9 3 6468-0-79580

OPTIMAL AUTOMATICS INC
ATTEN JUDY
2717 W LAWRENCE AVE
CHICAGO IL 60625-3490

NIXIE        605   DE  1     00
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRES
        UNABLE TO FORWARD
BC: 99501229699        *2842-07(

99501@2296

FIRST-C

---

FRI-59105 097--3 pdfabc 01-00029
Alaska
Anchorage
605 W. 4th Avenue, Suite 138
Anchorage, AK 99501-2296

## OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT



NOT FOR BANK OF AMERICA
FORWARDING ORDER EXPIRED

024494 24494 1 AT 0.354 63160 6 8 6468-0-24494

FOX RIVER MILLS
BOX 60795
ST LOUIS MO 63160-0795

NIXIE        631   DE  1
        RETURN TO SENDER
NOT DELIVERABLE AS ADD
        UNABLE TO FORWAR
BC: 99501229699        *1216-

99501@2296

FIRST

FRL-59105 097--3 pdfabc 01-00029
Alaska
Anchorage
605 W. 4th Avenue, Suite 138
Anchorage, AK 99501-2296

## OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

U.S. MARSHALL SERVICE
X-RAY
7th & C STREET
OPENED/CLEARED BY

FIRST-CLASS MAIL

062880 3410 1 SP 0.440 91109 4 2 6468-0-62880
SPARKLETTS
MCKESSON WATER PROD
BOX 7126
PASADENA CA 91109

NIXIE        913    DE  1          00 04/13/10
                                       2ACS1-
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 99501229899        *3052-06461-13-09

9110537126 BS00
99501@2295

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

WAVE WHOLESALE CO., LLC,

Debtor.

Case No. A01-00029-DMD
Chapter 11

Filed On
3/31/10

## FINAL DECREE

The estate of the above named debtor has been fully administered. In accordance with this court's Order for Entry of Final Decree, entered March 31, 2010,

**IT IS ORDERED:**

1) William M. Barstow, III is discharged as Trustee of the Liquidating Trust of the above named Debtor; and

2) The chapter 11 case of the above-named debtor is closed.

DATED: March 31, 2010

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: J. Siemers, Esq.
C. Christianson, Esq.
W. Barstow, Liquidating Trustee
U. S. Trustee
Case Manager
Pam Taylor, Case Closing Clerk
Matrix (via BNC)

03/31/10

076563                         19109076639018