FILED

MAY 1 4 2010

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Wave Wholesale

CASE NUMBER: 01-00029

PLEASE CHECK ONE:

____ UNCLAIMED DIVIDENDS

__X__ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|

See attached

RECEIPT # 20980
         105.92

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____
                                              TOTAL: $ 105.92

DATE: 5/10/10

TRUSTEE

Date: 02/25/10

Page: 1

DIVIDENDS REMITTED TO THE COURT

Case Number 01-00029 - WAVE WHOLESALE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| FAIRBANKS GOLDEN NUGGET HOTEL<br>900 NOBLE ST.<br>FAIRBANKS AK 99701<br>  hotel room rental ; . | 000012 | 118.80 | 3.48 |
| O K LUMBER COMPANY<br>272 ILLINOIS STREET<br>FAIRBANKS AK 99701<br>   7503 ; . | 000036 | 39.39 | 1.15 |
| PINKERTON<br>WILLIAM BRANDT-CREDIT MANAGER<br>4330 PARK TERRACE<br>WESTLAKE VILLAGE CA   91361 | 000085 | 80.00 | 2.34 |
| FLOWER SHOP DOWNTOWN<br>529 4TH AVE<br>FAIRBANKS AK  99701 | CLASS I | 45.00 | 1.31 |
| FOX RIVER MILLS<br>POB 60795<br>ST LOUSI MO 63160 | CLASS I | 111.70 | 3.28 |
| FRONTIER FLYING SERVICE<br>3820 UNIVERSITY AVE<br>FAIRBANKS AK 99709 | CLASS I | 14.85 | 3.87 |
| JJ KELLER AND ASSOCIATES<br>POB 548<br>NEENAH WI 54957-0546 | CLASS I | 97.53 | 2.85 |
| JMR COMPANY INC<br>219 EAST 51ST ST<br>ANCHORAGE AK 99503 | CLASS I | 114.09 | 3.34 |
| KLEBS HEATING & AIR<br>107 E 72ND AVE1<br>ANCHORAGE AK 99518 | CLASS I | 85.00 | 2.49 |
| KUSKO AVIATION INC<br>POB 1425<br>BETHERL AK 99559 | CLASS I | 130.00 | 3.81 |
| M&M DISTRIBUTING<br>658 E 59TH ST<br>ANCHORAGE AK 99507 | CLASS I | 167.30 | 4.90 |
| MJB RICE COMPANY<br>FARMHOUSE FOODS<br>POB 49035<br>SAN JOSE CA 95161-9035 | CLASS I | 24.99 | 0.73 |

12

COURT1

Printed: 02/25/10 09:01 PM   Ver: 15.06b

Case Number 01-00029 - WAVE WHOLESALE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| MCCORMICK & CO<br>US CONSUMER PRODUCTS<br>2409 COLLECTIONS DR<br>CHICAGO IL 60693-0024 | CLASS I | 54.41 | 1.59 |
| NANTICOKE SEAFOODS CORP<br>POB 421<br>RIO GRANDE NJ 8242 | CLASS I | 0.10 | 0.02 |
| NULLAGVIK HOTEL<br>POB 99752<br>KOTZEBUE AK 99752 | CLASS I | 150.08 | 4.40 |
| OSTROM FARMS<br>8323 STEILACCOM RD SE<br>OLYMPIA WA 98513 | CLASS I | 110.00 | 3.22 |
| OUTBOARD MAIRINE CORP<br>POB 100394<br>PASADENA CA 91189-0394 | CLASS I | 92.63 | 2.72 |
| PARRISH CAKE SUPPLY<br>225 WEST 146TH ST<br>GARDENA CA 90248-1803 | CLASS I | 29.20 | 0.85 |
| PIONEER DOOR INC<br>6514 GREENWOOD ST<br>ANCHORAGE AK 99518 | CLASS I | 68.00 | 1.99 |
| REGAL FOODS<br>200 WEST INTERNATIONAL # 101<br>ANCHORAGE AK 99507 | CLASS I | 96.36 | 2.82 |
| RUSSELL STOVER<br>POB 502726<br>ST LOUIS MO 63150 | CLASS I | 30.35 | 0.90 |
| SAFEWAY<br>FILE 72905<br>POB 60000<br>SAN FRANCISCO CA 94160 | CLASS I | 9.90 | 2.59 |
| SEIZMIC INC | CLASS I | 15.30 | 4.00 |
| STATE ALASKA DEPT REVENUE<br>POB 110420<br>JUNEAU AK 99811 | CLASS I | 55.00 | 1.61 |
| THE NOME NUGGETT<br>POB 610<br>NOME AK 99672 | CLASS I | 90.00 | 2.65 |

DIVIDENDS REMITTED TO THE COURT

Case Number 01-00029 - WAVE WHOLESALE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| TRADEMARK SCREEN PRINTING<br>433 3RD ST<br>FAIRBANKS AK 99701 | CLASS I | 125.00 | 3.67 |
| UNISOURCE WORLDWIDE INC<br>3318 INTERNATIONAL WAY<br>FAIRBANKS AK 99701 | CLASS I | 75.60 | 2.21 |
| UNITED STATES POSTMASTER | CLASS I | 2.70 | 0.71 |
| ABS ALASKAN INC<br>POB 84188<br>FAIRBANKS AK 99708 | CLASS I | 112.00 | 3.29 |
| AIRLAND TRANSPORTATION<br>SUITE 1<br>11100 CALASKA CR<br>ANCHORAGE AK 99515 | CLASS I | 34.28 | 1.01 |
| ALASKA AIR CARGO<br>POB 68900<br>SEATTLE WA 98168 | CLASS I | 37.19 | 1.09 |
| ALASKA INDUSTRIAL HARDWARES<br>2192 VIKING DR<br>ANCHORAGE AK 99501 | CLASS I | 68.98 | 2.02 |
| AMERICAN LINEN<br>715 WEST FIREWEED LANE<br>ANCHORAGE AK 99503 | CLASS I | 160.43 | 4.71 |
| ANCHOR TOWN SPORTS<br>203 WEST 15ST #201<br>ANCHORAGE AK 99501 | CLASS I | 9.03 | 2.35 |
| APTEX INC | CLASS I | 15.51 | 4.05 |
| CANDLE LAMP OF AMERICA<br>1799 RUSTIN WAY<br>RIVERSIDE CA<br>92507 | CLASS I | 25.18 | 0.75 |
| CITY OF MONTAIN VILLAGE<br>POB 32085<br>MOUNTAIN VILLAGE AK 99632 | CLASS I | 150.00 | 4.40 |
| COMMERCIAL PRINTING CO<br>200 N CUSHMAN<br>FAIRBANKS AK 99701 | CLASS I | 14.25 | 3.71 |

Date: 02/25/10           DIVIDENDS REMITTED TO THE COURT         Page: 4

Case Number 01-00029 - WAVE WHOLESALE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| D & J CONSTRUCTORS<br>POB 1189<br>DILLINGHAM AK 99576 | CLASS I | 109.00 | 3.19 |
| DUN & BRADSTREET<br>POB 75542<br>CHICAGO IL | CLASS I | 79.95 | 2.36 |
| EVANGELO'S | CLASS I | 108.85 | 3.19 |
| COORS CHINA | CLASS I | 1.16 | 0.30 |
| ---------- Remittance Total ---------- | | 2,959.09 | 105.92 |

_____
WILLIAM M BARSTOW, Trustee

#42

COURT1        Printed: 02/25/10 09:01 PM    Ver: 15.06b