**FILED**

**MAY 1 4 2010**

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____Ware Wholesale_____

CASE NUMBER: _____01 00029_____

PLEASE CHECK ONE:

✓ UNCLAIMED DIVIDENDS

____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| See attached | | |

RECEIPT # __20981__

$ __1578.16__ INT __89__

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____

TOTAL: $ __1578.16__

DATE: __5/12/10__

TRUSTEE [signature]

| Date: 02/25/10 | Check Number: 1253 | Amount: 8.42 |
|---|---|---|
| Case Number: 01-00029 DMD  Debtor Name: WAVE WHOLESALE  SSN: - - | | |
| Paid To: **TYSON FOODS**  **POB 96080**  **CHICAGO IL 60693** | Trustee: WILLIAM BARSTOW, TRUSTEE  200 West 34th St PMB 905  Anchorage AK 99503  907-274-9253 | |
| Description: Claim CLASS I, Payment 2.93175% | | |
| Bank Account Number: 4437110543 | | |

| Date: 02/25/10 | Check Number: 1178 | Amount: 81.87 |
|---|---|---|
| Case Number: 01-00029 DMD  Debtor Name: WAVE WHOLESALE  SSN: - - | | |
| Paid To: **MYCIO COM INC**  **3965 FREEDON CR**  **SANTA CLARA CA 95054-0963** | Trustee: WILLIAM BARSTOW, TRUSTEE  200 West 34th St PMB 905  Anchorage AK 99503  907-274-9253 | |
| Description: Claim CLASS I, Payment 2.93108% | | |
| Bank Account Number: 4437110543 | | |

| Date: 02/25/10 | Check Number: 1325 | Amount: 8.32 |
|---|---|---|
| Case Number: 01-00029 DMD  Debtor Name: WAVE WHOLESALE  SSN: - - | | |
| Paid To: **EVERETT KNITTING CO**  **POB 3036**  **MILWAUKEE WI 53201-3036** | Trustee: WILLIAM BARSTOW, TRUSTEE  200 West 34th St PMB 905  Anchorage AK 99503  907-274-9253 | |
| Description: Claim CLASS I, Payment 26.09787% | | |
| Bank Account Number: 4437110543 | | |

ORGINAL NUTHOUSE BRANDS
POB 841357
DALLAS TX 75284-1375

30.66    Class I

SOX UNLIMITED
45 WEST 34ST
NYC, NY 10001

87.87    Class I

| Date: 02/25/10 | Check Number: 1050 | Amount: 1,265.43 |
|---|---|---|
| Case Number: 01-00029   DMD  Debtor Name: WAVE WHOLESALE  SSN: - - | | |
| Paid To: **FRITO LAY INC**  **P O BOX 200627**  **DALLAS TX 75320-0627** | Trustee: WILLIAM BARSTOW, TRUSTEE  200 West 34th St PMB 905  Anchorage AK 99503  907-274-9253 | |
| Description: Claim 000047, Payment 2.93094%  55518, 01277802 01827192 ; . | | |
| Bank Account Number: 4437110543 | | |

| Date: 02/25/10 | Check Number: 1091 | Amount: 95.59 |
|---|---|---|
| Case Number: 01-00029   DMD  Debtor Name: WAVE WHOLESALE  SSN: - - | | |
| Paid To: **CONWOOD COMPANY LP**  **DEPARTMENT 180**  **PO BOX 1000**  **MEMPHIS TN 38148-0002** | Trustee: WILLIAM BARSTOW, TRUSTEE  200 West 34th St PMB 905  Anchorage AK 99503  907-274-9253 | |
| Description: Claim 000104, Payment 2.93090%  goods sold ; . | | |
| Bank Account Number: 4437110543 | | |