FILED

JUL - 6 2010

CLERK
U.S. BANKRUPTCY COURT

By _____
       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Wave Wholesale

CASE NUMBER: 01 00029

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS *

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS * | CLAIM NO. | AMOUNT |
|---|---|---|
| Fiesta | Class I | 294.66 |
| Jack Miller | " | 1351.47 |
| Peelman McLaughlin | " | 294.66 |
| Sage Business Forms | " | 103.10 |
| Tweedy & Shorter | " | 23.13 |
| Advance Capital | " | 107.02 |
| CIT Group | " | 65.39 |

* Address unlisted by debtor, address unknown

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____

TOTAL: $ 2239.43

DATE: 5/20/10

TRUSTEE

RECEIPT # 21096
#2239.43 INT 09

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 01-00029 | | Page 27 | | | Date: January 01, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | WAVE WHOLESALE | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| CLASS I 070 7100-00 | GLOBAL SERVICE 8000 KING ST ANCHORAGE AK 99515 | Unsecured | | $0.00 | $801.55 | $801.55 |
| CLASS I 070 7100-00 | GLOBAL HARVEST FOODS 7066 S 188TH ST KENT WA 98032 | Unsecured | | $0.00 | $3,259.20 | $3,259.20 |
| CLASS I 070 7100-00 | GENUINE ALASKAN WHOLESALE C/o BRYON AMOS 1731 CEDRUS CR ANCHORAGE AK 99507 | Unsecured | | $0.00 | $3,000.00 | $3,000.00 |
| CLASS I 070 7100-00 | GENSCO 01 E 100TH AVE5 ANCHORAGE AK 99515 | Unsecured | | $0.00 | $296.00 | $296.92 |
| CLASS I 070 7100-00 | GATOR SPORTS 3789 SOUTH 300 WEST SALT LAKE CITY UT 84115 | Unsecured | | $0.00 | $2,231.20 | $2,231.20 |
| CLASS I 070 7100-00 | FULTON PROVISIONS PORTLAND OR | Unsecured | | $0.00 | $387.45 | $387.45 |
| CLASS I 070 7100-00 | FRONTIER FLYING SERVICE 3820 UNIVERSITY AVE FAIRBANKS AK 99709 | Unsecured | | $0.00 | $14.85 | $14.85 |
| CLASS I 070 7100-00 | FRED STROKER & SONS POB 707 DRESDAN TN 38225-0707 | Unsecured | | $0.00 | $270.40 | $270.40 |
| CLASS I 070 7100-00 | FRED MEYER POB 42121 PORTLAND OR 97242 | Unsecured | | $0.00 | $239.10 | $239.10 |
| CLASS I 070 7100-00 | FOX RIVER MILLS POB 60795 ST LOUSI MO 63160 | Unsecured | | $0.00 | $111.70 | $111.70 |
| CLASS I 070 7100-00 | CARLTON FONG 9401 KING ST ANCHORAGE AK 99515 | Unsecured | | $0.00 | $235.25 | $235.25 |
| CLASS I 070 7100-00 | FLOWER SHOP DOWNTOWN 529 4TH AVE FAIRBANKS AK 99701 | Unsecured | | $0.00 | $45.00 | $45.00 |
| CLASS I 070 7100-00 | FISHKING PROCESSORS INC POB 21385 MARKET STN LOS ANGELES CA 90021 | Unsecured | | $0.00 | $68,253.05 | $68,253.05 |
| CLASS I 070 7100-00 | FIESTA | Unsecured | | $0.00 | $1,128.85 | $1,128.85 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: 01-00029 | | Page 23 | | | Date: January 01, 2010 |
|---|---|---|---|---|---|
| Debtor Name: WAVE WHOLESALE | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| CLASS I 070 7100-00 | NORTH SLOPE BOROUGH attn NITA POB 69 BARROW AK 99723 | Unsecured | | $0.00 | $1,322.01 | $1,322.01 |
| CLASS I 070 7100-00 | NORTH MAIL INC 5720 B ST ANCHORAGE AK 99518-1643 | Unsecured | | $0.00 | $4,354.30 | $4,354.30 |
| CLASS I 070 7100-00 | NGB INC D&B TRUCKING 1905 E LINCOLN AVE TACOMA WA 98421 | Unsecured | | $0.00 | $26,126.13 | $26,126.13 |
| CLASS I 070 7100-00 | NEWS CORP ALASKA 325 W POTTER DR ANCHORAGE AK 99518 | Unsecured | | $0.00 | $546.90 | $546.90 |
| CLASS I 070 7100-00 | NANTICOKE SEAFOODS CORP POB 421 RIO GRANDE NJ 8242 | Unsecured | | $0.00 | $0.10 | $0.10 |
| CLASS I 070 7100-00 | MYCIO COM INC 3965 FREEDON CR SANTA CLARA CA 95054-0963 | Unsecured | | $0.00 | $2,793.17 | $2,793.17 |
| CLASS I 070 7100-00 | MW KASCH 5401 W DONGES BAY RD MEQUON WI 53092-4498 | Unsecured | | $0.00 | $11,671.07 | $11,671.07 |
| CLASS I 070 7100-00 | MURRAY'S DISPOSAL CO POB 399 PUYALLUP WA 96371-0158 | Unsecured | | $0.00 | $438.06 | $438.06 |
| CLASS I 070 7100-00 | MOODY'S MARINA POB 67 ALEKNAGIK AK 99555 | Unsecured | | $0.00 | $230.72 | $230.72 |
| CLASS I 070 7100-00 | MOBAT TIRE 3601 CUSHMAN ST FAIRBANKS AK 99701 | Unsecured | | $0.00 | $254.50 | $254.50 |
| CLASS I 070 7100-00 | JACK MILLER | Unsecured | | $0.00 | $5,177.56 | $5,177.56 |
| CLASS I 070 7100-00 | MERCEDES BENZ CREDIT POB 354 LISLE IL 60532-0354 | Unsecured | | $0.00 | $9,545.12 | $9,545.12 |
| CLASS I 070 7100-00 | MERCEDES BENZ POB 354 LISLE IL 50532-0354 | Unsecured | | $0.00 | $180.21 | $180.21 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 01-00029 | | Page 22 | | | Date: January 01, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | WAVE WHOLESALE | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| CLASS I 070 7100-00 | PENINSULA AIRWAYS 6100 BOEING AVE ANCHORAGE AK 99502 | Unsecured | | $0.00 | $2,158.00 | $2,158.00 |
| CLASS I 070 7100-00 | PEELMAN MCLAUGHLIN ENT | Unsecured | | $0.00 | $1,128.85 | $1,128.85 |
| CLASS I 070 7100-00 | PARRISH CAKE SUPPLY 225 WEST 146TH ST GARDENA CA 90248-1803 | Unsecured | | $0.00 | $29.20 | $29.20 |
| CLASS I 070 7100-00 | PALMER PRODUCE 4255 S McKECHNIE PALMER AK 99645 | Unsecured | | $0.00 | $1,218.60 | $1,218.60 |
| CLASS I 070 7100-00 | PACIFIC COMPUTER PRODUCTS POB 8968 FOUNTAIN VALLEY CA 92728 | Unsecured | | $0.00 | $376.61 | $376.81 |
| CLASS I 070 7100-00 | OUTBOARD MAIRINE CORP POB 100394 PASADENA CA 91189-0394 | Unsecured | | $0.00 | $92.63 | $92.63 |
| CLASS I 070 7100-00 | OSTROM FARMS 8323 STEILACCOM RD SE OLYMPIA WA 98513 | Unsecured | | $0.00 | $119.00 | $110.00 |
| CLASS I 070 7100-00 | ORGINAL NUTHOUSE BRANDS POB 841357 DALLAS TX 75284-1375 | Unsecured | | $0.00 | $1,049.10 | $1,046.10 |
| CLASS I 070 7100-00 | OPTIMAL AUTOMATICS INC c/o JOHN GEORGIS 120 STANLEY ST ELK GROVE VLG,IL 60007 | Unsecured | | $0.00 | $879.62 | $879.62 |
| CLASS I 070 7100-00 | NULLAGVIK HOTEL POB 99752 KOTZEBUE AK 99752 | Unsecured | | $0.00 | $150.08 | $150.08 |
| CLASS I 070 7100-00 | NOVA FISHERIES INC 5309 SHILSHOLE AVE NW SEATTLE WA 98107 | Unsecured | | $0.00 | $6,852.27 | $6,852.27 |
| CLASS I 070 7100-00 | NORTHWIND MECHANICAL POB 220929 ANCHORAGE AK 99522 | Unsecured | | $0.00 | $3,144.50 | $3,144.50 |
| CLASS I 070 7100-00 | NORTHLAND SOY PRODUCTS 2905 TANGLEWOOD ANCHORAGE AK 99517 | Unsecured | | $0.00 | $11,302.90 | $11,302.90 |
| CLASS I 070 7100-00 | NORTH STAR CAPITAL FW PMB 48 6822 EASTSIDE DR NE TACOMA WA 98422 | Unsecured | | $0.00 | $27,884.76 | $27,884.76 |

CREGIS2

UST Form 101-7-TFR (9/1/2009) (Page: 95)

Printed: 01/01/10 07:58 AM  Ver: 15.05a

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: 01-00029 | | Page 20 | | | Date: January 01, 2010 |
|---|---|---|---|---|---|
| Debtor Name: WAVE-WHOLESALE | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| CLASS I 070 7100-00 | STATE ALASKA DEPT REVENUE POB 110420 JUNEAU AK 99811 | Unsecured | | $0.00 | $55.00 | $55.00 |
| CLASS I 070 7100-00 | SERVICE PAPER CO POB 94221 SEATTLE WA 96124-6521 | Unsecured | | $0.00 | $23,297.60 | $23,297.60 |
| CLASS I 070 7100-00 | SEIZMIC INC | Unsecured | | $0.00 | $15.30 | $15.30 |
| CLASS I 070 7100-00 | SAMS CLUB POB 9904 MACON GA 31297 | Unsecured | | $0.00 | $10,610.00 | $10,510.00 |
| CLASS I 070 7100-00 | SAGE BUSINESS FORMS | Unsecured | | $0.00 | $395.00 | $395.00 |
| CLASS I 070 7100-00 | SAFEWAY FILE 72905 POB 60000 SAN FRANCISCO CA 94160 | Unsecured | | $0.00 | $9.90 | $9.90 |
| CLASS I 070 7100-00 | SAFETY CHEM INC 1771 SOUTH 900 WEST SALT LAKE CITY UT 84104 | Unsecured | | $0.00 | $2,140.49 | $2,140.49 |
| CLASS I 070 7100-00 | S&G DISTRIBUTORS 16 MAUMIMME CURVE CT NORTH LITTLE ROCK, AR 72113 | Unsecured | | $0.00 | $524.20 | $524.20 |
| CLASS I 070 7100-00 | RUSSELL STOVER POB 502726 ST LOUIS MO 63150 | Unsecured | | $0.00 | $30.35 | $30.35 |
| CLASS I 070 7100-00 | ROADMASTER POB 95749 CHICAGO IL 60694 | Unsecured | | $0.00 | $14,907.95 | $14,907.95 |
| CLASS I 070 7100-00 | REGAL FOODS 200 WEST INTERNATIONAL # 101 ANCHORAGE AK 99507 | Unsecured | | $0.00 | $96.36 | $96.36 |
| CLASS I 070 7100-00 | REGAL ALASKAN 4800 SPENARD RD ANCHORAGE AK 99517 | Unsecured | | $0.00 | $268.91 | $268.91 |
| CLASS I 070 7100-00 | RAVEN CONSTRUCTION POB 753 STERLING AK 99672 | Unsecured | | $0.00 | $503.63 | $503.63 |

CREGIS2

UST Form 101-7-TFR (9/1/2009) (Page: 93)

Printed: 01/01/10 07:58 AM    Ver: 15.05a

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 01-00029 | | Page 17 | | | Date: January 01, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | WAVE WHOLESALE | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| CLASS I 070 7100-00 | ABC DISTRIBUTING ALASKA BEST 4001 W INTERNATIONAL RD #4 ANCHORAGE AK 99502 | Unsecured | | $0.00 | $4,064.34 | $4,064.34 |
| CLASS I 070 7100-00 | WALLY CARTER POB 366 KOTZEBUE AK 99752 | Unsecured | | $0.00 | $3,300.00 | $3,300.00 |
| CLASS I 070 7100-00 | VENTURA FOODS POB 71610 CHICAGO IL 60694-1810 | Unsecured | | $0.00 | $2,826.98 | $2,826.96 |
| CLASS I 070 7100-00 | VW GRACE 605 EAST 13TH AVE ANCHORAGE AK 99501 | Unsecured | | $0.00 | $7,630.31 | $8,193.21 |
| CLASS I 070 7100-00 | UNITED STATES TOBACCO POB 101322 ATLANTA GA 30392-1322 | Unsecured | | $0.00 | $4,903.20 | $4,903.20 |
| CLASS I 070 7100-00 | UNITED STATES POSTMASTER | Unsecured | | $0.00 | $2.70 | $2.70 |
| CLASS I 070 7100-00 | UNISOURCE WORLDWIDE INC 3318 INTERNATIONAL WAY FAIRBANKS AK 99701 | Unsecured | | $0.00 | $75.60 | $75.60 |
| CLASS I 070 7100-00 | UNISOURCE 3318 INTERNATIONAL WAY FAIRBANKS AK 99701 | Unsecured | | $0.00 | $3,853.61 | $3,853.61 |
| CLASS I 070 7100-00 | UNCLE BEN'S 33308 TREASURY CENTER CHICAGO IL 60694-3300 | Unsecured | | $0.00 | $4,512.95 | $4,512.95 |
| CLASS I 070 7100-00 | TYSON FOODS POB 96080 CHICAGO IL 60693 | Unsecured | | $0.00 | $287.20 | $287.20 |
| CLASS I 070 7100-00 | TWEEDY & STORTER MARKETING | Unsecured | | $0.00 | $789.30 | $789.30 |
| CLASS I 070 7100-00 | TRI STATE DISTRIBUTORS 640 E 57TH PLACE ANCHORAGE AK 99518 | Unsecured | | $0.00 | $233.29 | $233.39 |
| CLASS I 070 7100-00 | TRAILER CRAFT 1301 E 64TH AVE ANCHORAGE AK 99518 | Unsecured | | $0.00 | $272.38 | $272.38 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: 01-00029 | | | Page 16 | | | Date: January 01, 2010 |
| Debtor Name: WAVE WHOLESALE | | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| CLASS I 070 7100-00 | ALASKA COMPUTER BROKERS 551 W DIAMOND BLVD ANCHORAGE AK 99515 | Unsecured | | $0.00 | $6,074.00 | $6,074.00 |
| CLASS I 070 7100-00 | ALASKA CENTRAL EXPRESS POB 190248 ANCHORAGE AK 99519 | Unsecured | | $0.00 | $6,928.50 | $6,928.50 |
| CLASS I 070 7100-00 | ALASKA BUSINESS POB 241288 ANCHORAGE AK 99524 | Unsecured | | $0.00 | $1,820.00 | $1,820.00 |
| CLASS I 070 7100-00 | ALASKA BEARING 350 E INTERNATIONAL AIRPORT ANCHORAGE AK 99518 | Unsecured | | $0.00 | $1,500.00 | $1,500.00 |
| CLASS I 070 7100-00 | ALASKA AIR CARGO POB 68900 SEATTLE WA 98168 | Unsecured | | $0.00 | $37.19 | $37.19 |
| CLASS I 070 7100-00 | ALASCOM INC dba AT&T POB 784258 PHOENIX AZ 85062 | Unsecured | | $0.00 | $2,846.14 | $2,846.14 |
| CLASS I 070 7100-00 | AIRPORT EQUIPMENT RENTALS POB 72578 FAIRBANKS AK 99707 | Unsecured | | $0.00 | $382.50 | $382.50 |
| CLASS I 070 7100-00 | AIRLAND TRANSPORTATION SUITE 1 11100 CALASKA CR ANCHORAGE AK 99515 | Unsecured | | $0.00 | $34.28 | $34.28 |
| CLASS I 070 7100-00 | ADVANCED FOOD SYSTEMS POB 16006 PHOENIX AZ 85011 | Unsecured | | $0.00 | $300.00 | $300.00 |
| CLASS I 070 7100-00 | ADVANCED CAPITAL | Unsecured | | $0.00 | $410.00 | $410.00 |
| CLASS I 070 7100-00 | ACCORD CO POB 75230 FAIRBANKS AK 99707 | Unsecured | | $0.00 | $994.56 | $994.56 |
| CLASS I 070 7100-00 | ACCESS INTERNATIONAL 17130 S TORRENCE AVE #500 LANSING IL 60438 | Unsecured | | $0.00 | $10,945.86 | $10,945.86 |
| CLASS I 070 7100-00 | ABS ALASKAN INC POB 84188 FAIRBANKS AK 99708 | Unsecured | | $0.00 | $112.00 | $112.00 |

CREGIS2
**UST Form 101-7-TFR (9/1/2009)** *(Page: 89)*

Printed: 01/01/10 07:58 AM   Ver: 15.05a

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: 01-00029 | | Page 13 | | | Date: January 01, 2010 |
| Debtor Name: WAVE WHOLESALE | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| CLASS I 070 7100-00 | CONTINETAL MILLS INC DEPT 510 POB 34935 SEATTLE WA 98124 | Unsecured | | $0.00 | $1,566.87 | $1,566.87 |
| CLASS I 070 7100-00 | CONTINENTAL POB 308 WILSONVILLE OR 97079 | Unsecured | | $0.00 | $4,900.00 | $4,900.00 |
| CLASS I 070 7100-00 | COMMERCIAL PRINTING CO 200 N CUSHMAN FAIRBANKS AK 99701 | Unsecured | | $0.00 | $14.25 | $14.25 |
| CLASS I 070 7100-00 | CITY OF MONTAIN VILLAGE POB 32085 MOUNTAIN VILLAGE AK 99632 | Unsecured | | $0.00 | $150.00 | $150.00 |
| CLASS I 070 7100-00 | CITY KOTZEBUE POB 48 KOTZEBUE AK 99752 | Unsecured | | $0.00 | $2,905.74 | $2,905.74 |
| CLASS I 070 7100-00 | CIT GROUP | Unsecured | | $0.00 | $2,231.20 | $2,231.20 |
| CLASS I 070 7100-00 | CELLULAR ONE 306 OLD STEESE HIGHWAY FAIRBANKS AK 99701 | Unsecured | | $0.00 | $629.36 | $629.38 |
| CLASS I 070 7100-00 | CASCADE GLACIER ICE CREAM 865 GRANT ST EUGENE OR 97402 | Unsecured | | $0.00 | $0.00 | $595.87 |
| CLASS I 070 7100-00 | CAPTIVE AIR 122 B WHEATON DR YOUNGSVILLE NC 27596 | Unsecured | | $0.00 | $14,970.70 | $14,970.70 |
| CLASS I 070 7100-00 | CANDLE LAMP OF AMERICA 1799 RUSTIN WAY RIVERSIDE CA 92507 | Unsecured | | $0.00 | $25.18 | $25.18 |
| CLASS I 070 7100-00 | CAMAI PRINTING 301 CALISTA CT #B ANCHORAGE AK 99519 | Unsecured | | $0.00 | $4,886.90 | $4,886.90 |
| CLASS I 070 7100-00 | BUREAU NATIONAL AFFAIRS 1231 25TH ST NW WASHINGTON DC 20037 | Unsecured | | $0.00 | $2,087.00 | $2,087.00 |
| CLASS I 070 7100-00 | BROWN'S ELECTRICAL 365 INDUSTRIAL WAY ANCHORAGE AK 99501 | Unsecured | | $0.00 | $297.18 | $297.16 |