**FILED**

AUG 17 2010

CLERK
U.S. BANKRUPTCY
By _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____Marc Wholesale_____
CASE NUMBER: _____01-00029_____

PLEASE CHECK ONE:

✓ UNCLAIMED DIVIDENDS

___ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| see attached | | 48326.26 |

RECEIPT # 21179

FEE AMT. 48326.26 INT. ___

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____
TOTAL: $ 48326.26

DATE: 8/4/10

TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE
REVISED 2/94

| Check No | Claim | Amount | Description | UTC |
|---|---|---|---|---|
| 1262 | ABC DISTRIBUTING<br>ALASKA BEST<br>4001 W INTERNATIONAL RD #4<br>ANCHORAGE AK 99502 | 119.11 | Claim CLASS I, Payment 2.93061% | 7100 |
| 1264 | ACCESS INTERNATIONAL<br>17130 S TORRENCE AVE #500<br>LANSING IL 60438 | 320.81 | Claim CLASS I, Payment 2.93088% | 7100 |
| 1265 | ACCORD CO<br>POB 75230<br>FAIRBANKS AK<br>99707 | 29.15 | Claim CLASS I, Payment 2.93094% | 7100 |
| 1267 | ADVANCED FOOD SYSTEMS<br>POB 16006<br>PHOENIX AZ 85011 | 78.31 | Claim CLASS I, Payment 26.10333% | 7100 |
| 1041 | ALASKA DISTRIBUTORS<br>1200 WELLS WAY<br>FAIRBANKS AK 99701 | 285.36 | Claim 000038, Payment 2.93095% | 7100 |
| 1280 | ALASKA PAPER CO INC<br>POB 101977<br>ANCHORAGE AK 99519 | 27.20 | Claim CLASS I, Payment 2.93170% | 7100 |
| 1281 | ALASKAN BATTERY SUPPLY<br>POB 84188 FAIRBANKS AK 99708 | 9.08 | Claim CLASS I, Payment 2.92903% | 7100 |
| 1285 | AMERICAN INGEDIENTS<br>POB 802244<br>KANSAS CITY MO 64180 | 65.74 | Claim CLASS I, Payment 2.93082% | 7100 |
| 1045 | ARCTIC BUILDERS SOURCE, INC<br>380 E 54TH AVE STE A<br>ANCHORAGE AK 99518 | 16.50 | Claim 000042, Payment 2.92865% | 7100 |
| 1104 | AT&T Corp<br>c o Lowenstein Sandler PC<br>65 Livingston Avenue<br>Livingston NJ 07068 | 73.27 | Claim 000143, Payment 2.93080% | 7100 |
| 1292 | B& D FOODS<br>POB 16450<br>BOISE ID 83715 | 26.79 | Claim CLASS I, Payment 2.93107% | 7100 |
| 1293 | BAR SUPPLY<br>POB 17198<br>PORTLAND OR 97217 | 1,660.86 | Claim CLASS I, Payment 26.10274% | 7100 |
| 1299 | BOSTON'S PROPANE<br>PACIFIC NORTHWEST ENERGY<br>3037<br>CENTER ST<br>TACOMA WA 98406 | 23.62 | Claim CLASS I, Payment 2.93030% | 7100 |
| 1300 | BRACH CONNECTIONS<br>POB 100120<br>FIRST CHICAGO LOCK BOX<br>PASADENA CA 91189 | 20.70 | Claim CLASS I, Payment 2.93118% | 7100 |
| 1302 | BROWN'S ELECTRICAL<br>365 INDUSTRIAL WAY<br>ANCHORAGE AK<br>99501 | 8.71 | Claim CLASS I, Payment 2.93108% | 7100 |
| 1303 | BUREAU NATIONAL AFFAIRS<br>1231 25TH ST NW<br>WASHINGTON DC 20037 | 61.17 | Claim CLASS I, Payment 2.93100% | 7100 |
| 1113 | C A NEWELL COMPANY INC<br>P O BOX 24186<br>SEATTLE WA 98124-0186 | 95.63 | Claim CLASS I, Payment 2.93104% | 7100 |

| Check No | Claim | Amount | Description | UTC |
|---|---|---|---|---|
| 1306 | CAPTIVE AIR<br>122 B WHEATON DR<br>YOUNGSVILLE NC 27596 | 438.79 | Claim CLASS I, Payment 2.93099% | 7100 |
| 1119 | CARLTON FONG<br>9401 KING ST<br>ANCHORAGE AK 99515 | 6.89 | Claim CLASS I, Payment 2.92880% | 7100 |
| 1308 | CELLULAR ONE<br>306 OLD STEESE HIGHWAY<br>FAIRBANKS AK 99701 | 18.44 | Claim CLASS I, Payment 2.92987% | 7100 |
| 1314 | CONTINETAL MILLS INC<br>DEPT 510<br>POB 34935<br>SEATTLE WA 98124 | 45.92 | Claim CLASS I, Payment 2.93068% | 7100 |
| 1316 | COPELCO CAPITAL INC<br>1800 OVERCENTER DR<br>MOBERLY MO 55270 | 85.67 | Claim CLASS I, Payment 2.93113% | 7100 |
| 1032 | DREYER'S GRAND ICE CREAM<br>P 0 BOX 84981<br>SEATTLE WA 98124-6281 | 669.94 | Claim 000029, Payment 2.93098% | 7100 |
| 1024 | DRI<br>6645 N ENSIGN<br>PORTLAND OR 97217 | 882.02 | Claim 000020, Payment 26.10268% | 7100 |
| 1063 | EMERALD CITY FROZEN EXPRESS<br>6947 COAL CREEK PARKWAY SE<br>SUITE 1800<br>NEWCASTLE WA 98059-3159 | 174.92 | Claim 000065, Payment 26.10201% | 7100 |
| 1062 | EXIDE CORPORATION<br>ATTN: CREDIT DEPT<br>PO BOX 14205<br>READING PA 19612-9985 | 107.55 | Claim 000064, Payment 2.93114% | 7100 |
| 1114 | FAIRBANKS URGENT CARE<br>1867 airport way # 130b<br>FAIRBANKS AK 99701 | 13.55 | Claim CLASS I, Payment 26.10790% | 7100 |
| 1014 | FIRE PROTECTION CONTRACTORS INC.<br>P O BOX 773629<br>EAGLE RIVER AK 99577 | 346.87 | Claim 000010, Payment 26.10204% | 7100 |
| 1117 | FISHKING PROCESSORS INC<br>POB 21385 MARKET STN<br>LOS ANGELES CA 90021 | 2,000.46 | Claim CLASS I, Payment 2.93095% | 7100 |
| 1051 | GAI'S SEATTLE FRENCH BAKING CO INC<br>C/O HOUSTON & HENDERSON<br>ROGER E. HENDERSON<br>701 WEST 41ST AVE STE 202<br>ANCHORAGE, AK 99503 | 179.20 | Claim 000049, Payment 2.93084% | 7100 |
| 1094 | GENERAL ELECTRIC CAPITAL CORP<br>C/O DENNIS FENERTY<br>GROH EGGERS LLC<br>3201 C STREET STE 400<br>ANCHORAGE AK 99503 | 10.61 | Claim 000108, Payment 2.93005% | 7100 |
| 1126 | GENSCO<br>01 E 100TH AVE5<br>ANCHORAGE AK 99515 | 8.70 | Claim CLASS I, Payment 2.93008% | 7100 |
| 1128 | GLOBAL HARVEST FOODS<br>7066 S 188TH ST<br>KENT WA 98032 | 95.52 | Claim CLASS I, Payment 2.93078% | 7100 |

| Check No | Claim | Amount | Description | UTC |
|---|---|---:|---|---|
| 1132 | HEARTLAND APPAREL<br>POB 1575 FB#9<br>MINNEAPOLIS MN 55480 | 29.59 | Claim CLASS I, Payment 2.93144% | 7100 |
| 1133 | HI CONTRY CORONA INC<br>POB 1630<br>CONOA CA 92879-1630 | 532.32 | Claim CLASS I, Payment 26.10243% | 7100 |
| 1134 | HOFFMAN FUEL SERVICES<br>POB 406<br>BETHEL AK 99559 | 31.75 | Claim CLASS I, Payment 2.93062% | 7100 |
| 1135 | HOFFMAN STRAPPING & FASTENING<br>7821 KING ST # 1<br>ANCHORAGE AK 99518 | 15.31 | Claim CLASS I, Payment 2.93267% | 7100 |
| 1136 | HOLIDAY PARKS INC<br>1820 MARIKA<br>FAIRNBANKS AK 99709 | 15.62 | Claim CLASS I, Payment 2.93031% | 7100 |
| 1137 | HOUSTON'S INC<br>9799 S W FREEMAN DR<br>WILSONVILLE OR 97070 | 33.90 | Claim CLASS I, Payment 2.93065% | 7100 |
| 1138 | HUNT WESSON INC<br>POB 84044<br>DALLAS TX 75284-0444 | 63.32 | Claim CLASS I, Payment 2.93105% | 7100 |
| 1139 | HUSKY HAULERS INC<br>3621 ROYAL ROAD<br>FAIRBANKS AK 99707-1540 | 307.76 | Claim CLASS I, Payment 2.93105% | 7100 |
| 1140 | HUTTING BUILDING PRODUCTS<br>BOX 5054<br>CHICAGO IL 60693 | 6.79 | Claim CLASS I, Payment 2.93064% | 7100 |
| 1145 | ILIAMNA COMMERCIAL ENTERPRISES<br>POB 879003<br>WASILLA AK 99687 | 30.78 | Claim CLASS I, Payment 2.93143% | 7100 |
| 1150 | INTERNATIONAL HOME FOODS<br>21021 NETWORK PLACE<br>CHICAGO IL 60673-1210 | 111.65 | Claim CLASS I, Payment 2.93111% | 7100 |
| 1154 | K APPLIANCE<br>100 E FIREWEED LANE<br>ANCHORAGE AK 99503 | 11.22 | Claim CLASS I, Payment 26.09302% | 7100 |
| 1027 | L F HADLEY ASSOCIATES<br>2200 W ELMORE ST<br>SEATTLE WA 98199 | 515.52 | Claim 000023, Payment 26.10228% | 7100 |
| 1072 | LACROSSE FOOTWEAR INC<br>PO BOX 1328<br>LA CROSSE WI 54602-1328 | 347.60 | Claim 000076, Payment 2.93099% | 7100 |
| 1161 | LIGHTWARE<br>POB 29000<br>BELLINGHAM WA 98228 | 214.57 | Claim CLASS I, Payment 26.10214% | 7100 |
| 1163 | LRCS UNITED ENTERPRISES<br>11825 S.W. GREENBURG RD, STE 1A<br>TIGARD OR 97223 | 25.16 | Claim CLASS I, Payment 2.93240% | 7100 |
| 1330 | LYNDEN AIR CARGO<br>PO BOX 3725<br>SEATTLE WA 98124-3725 | 71.19 | Claim CLASS I, Payment 2.93085% | 7100 |
| 1164 | LYONS-MAGNUS<br>FILE 11952<br>POB 6000<br>SAN FRANCISCO CA 94160-1952 | 379.47 | Claim CLASS I, Payment 2.93099% | 7100 |

| Check No | Claim | Amount | Description | UTC |
|---|---|---|---|---|
| 1167 | MAGELLAN<br>960 OVERLAND CT<br>SAN DIMAS CA 91773 | 18.36 | Claim CLASS I, Payment 2.93038% | 7100 |
| 1172 | MERCEDES BENZ CREDIT<br>POB 354<br>LISLE IL 60532-0354 | 279.77 | Claim CLASS I, Payment 2.93103% | 7100 |
| 1171 | MERCEDES BENZ<br>POB 354<br>LISLE IL 50532-0354 | 5.28 | Claim CLASS I, Payment 2.92992% | 7100 |
| 1174 | MOBAT TIRE<br>3601 CUSHMAN ST<br>FAIRBANKS AK 99701 | 7.47 | Claim CLASS I, Payment 2.93517% | 7100 |
| 1176 | MURRAY'S DISPOSAL CO<br>POB 399<br>PUYALLUP WA 96371-0158 | 12.83 | Claim CLASS I, Payment 2.92882% | 7100 |
| 1177 | MW KASCH<br>5401 W DONGES BAY RD<br>MEQUON WI 53092-4498 | 3,046.45 | Claim CLASS I, Payment 26.10258% | 7100 |
| 1184 | NORTH STAR CAPITAL FW<br>PMB 48<br>6822 EASTSIDE DR NE<br>TACOMA WA 98422 | 7,278.65 | Claim CLASS I, Payment 26.10261% | 7100 |
| 1185 | NORTHLAND SOY PRODUCTS<br>2905 TANGLEWOOD<br>ANCHORAGE AK 99517 | 331.28 | Claim CLASS I, Payment 2.93093% | 7100 |
| 1187 | NOVA FISHERIES INC<br>5309 SHILSHOLE AVE NW<br>SEATTLE WA 98107 | 200.83 | Claim CLASS I, Payment 2.93085% | 7100 |
| 1010 | OFFICETECH<br>6921 BRAYTON DRIVE SUITE 103<br>ANCHORAGE AK 99507 | 42.67 | Claim 000005, Payment 2.93063% | 7100 |
| 1106 | OLSTEN STAFFING<br>HERMAN VISANI ESQ<br>WESTIN HURD FALLON<br>50 PUBLIC SQ # 2500<br>CLEVELAND OHIO 44113 | 66.69 | Claim 000146, Payment 2.93143% | 7100 |
| 1193 | PACIFIC COMPUTER PRODUCTS<br>POB 8968<br>FOUNTAIN VALLEY CA 92728 | 98.36 | Claim CLASS I, Payment 26.10334% | 7100 |
| 1199 | PICKLE BARREL DELI<br>209 E DIAMOND BLVD<br>ANCHORAGE AK | 45.00 | Claim CLASS I, Payment 2.93160% | 7100 |
| 1205 | PREDATOR BATTERIES OF ALASKA<br>pob 110689<br>ANCHORAGE AK 99511 | 9.56 | Claim CLASS I, Payment 2.93342% | 7100 |
| 1204 | PTI COMMUNICATIONS<br>POB 186540<br>ANCHORAGE AK 99519 | 59.43 | Claim CLASS I, Payment 2.93117% | 7100 |
| 1207 | QUALITY CHOICE FOODS<br>4245 N 40TH ST<br>PHOENIX AZ 85019 | 303.94 | Claim CLASS I, Payment 2.93101% | 7100 |
| 1214 | ROADMASTER<br>POB 95749<br>CHICAGO IL<br>60694 | 3,891.36 | Claim CLASS I, Payment 26.10258% | 7100 |

| Check No | Claim | Amount | Description | UTC |
|---|---|---|---|---|
| 1210 | RT RUDE<br>129 W 53RD AVE<br>ANCHORAGE AK 99518 | 37.87 | Claim CLASS I, Payment 2.93107% | 7100 |
| 1217 | SAFETY CHEM INC<br>1771 SOUTH 900 WEST<br>SALT LAKE CITY UT 84104 | 558.72 | Claim CLASS I, Payment 26.10243% | 7100 |
| 1220 | SAMS CLUB<br>POB 9904<br>MACON GA 31297 | 308.05 | Claim CLASS I, Payment 2.93102% | 7100 |
| 1224 | SOLUTIONS BASED DISTRIBUTORS<br>200 WEST ELMORE ST<br>SEATTLE WA 98199 | 606.89 | Claim CLASS I, Payment 26.10280% | 7100 |
| 1225 | SOUND DISTRIBUTING<br>32 G STREET<br>AUBURN WA 98001 | 135.30 | Claim CLASS I, Payment 2.93079% | 7100 |
| 1227 | SPARKELTS<br>MCKESSIN WATER PRODUCTS<br>POB 7126<br>PASADENA CA 91109 | 41.51 | Claim CLASS I, Payment 26.10035% | 7100 |
| 1228 | SPECIALITY FROZEN PRODUCTS<br>POB 34108<br>SEATTLE WA 98124-1108 | 766.32 | Claim CLASS I, Payment 26.10260% | 7100 |
| 1030 | STATE FAIR FOODS<br>P O BOX 730297<br>DALLAS TX 75373-0297 | 238.99 | Claim 000027, Payment 2.93094% | 7100 |
| 1230 | STEARNS<br>NW 9158<br>MINNEAPOLIS MN 55485 | 15.55 | Claim CLASS I, Payment 2.93048% | 7100 |
| 1231 | SUNNY FRESH FOODS<br>POB 277283<br>ATLANTA GA 30384-7283 | 28.20 | Claim CLASS I, Payment 2.92987% | 7100 |
| 1233 | SWEET CANDY CO<br>POB 2008<br>SALT LAKE CITY UT 84110 | 24.53 | Claim CLASS I, Payment 2.93070% | 7100 |
| 1241 | TALLY PRINTER CO<br>PON 84102<br>SEATTLE WA 98124 | 22.86 | Claim CLASS I, Payment 2.93077% | 7100 |
| 1112 | TALUS CORP<br>82 SCOTT DR<br>WESTBROOK ME 4092 | 39.07 | Claim CLASS I, Payment 2.93098% | 7100 |
| 1242 | TBI APPAREL<br>2507 S MAIN ST<br>LOS ANGELES CA 900O7 | 9.93 | Claim CLASS I, Payment 2.93214% | 7100 |
| 1334 | TESOR0<br>GROH EGGERS<br>3201 C STREET # 400<br>ANCHORAGE AK 99503 | 222.74 | Claim PREF, Payment 2.93079% | 7100 |
| 1244 | TESORO<br>POB 196272<br>ANHORAGE AK 99519 6272 | 166.85 | Claim CLASS I, Payment 2.93104% | 7100 |
| 1247 | TODD Y ALLEN<br>738 EGRET ROCK CR<br>ANCHIORAGE AK 99507 | 4,144.98 | Claim CLASS I, Payment 26.10258% | 7100 |
| 1007 | TRI STATE FOODS<br>P O BOX 58978<br>TUKWILA WA 98138 | 2,469.18 | Claim 000002, Payment 26.10265% | 7100 |

| Check No | Claim | Amount | Description | UTC |
|---|---|---|---|---|
| 1047 | UNIPRO FOODSERVICE LAW<br>EULER AMERICAN CREDIT INDEMNITY<br>100 E PRATT STREET, 5TH FLOOR<br>BALTIMORE MD  21202 | 6,244.55 | Claim 000044, Payment 2.93095% | 7100 |
| 1258 | UNITED STATES TOBACCO<br>POB 101322<br>ATLANTA GA 30392-1322 | 143.71 | Claim CLASS I, Payment 2.93094% | 7100 |
| 1235 | WESTERN PARCEL EXPRESS<br>POB 1108<br>KENT WA 98032 | 5.50 | Claim CLASS I, Payment 2.93506% | 7100 |
| 1107 | WILCOX FARMS INC<br>P 0 BOX 94176<br>SEATTLE WA 98124-6476 | 5,595.79 | Claim 000147, Payment 2.93095% | 7100 |
| 1237 | WPX<br>POB 1108<br>KENT WA 98035 | 23.92 | Claim CLASS I, Payment 2.93155% | 7100 |
| 1236 | WPX<br>POB 12618<br>SEATTLE WA 9811 | 8.64 | Claim CLASS I, Payment 2.93160% | 7100 |
| 1240 | YUTANA BARGE LINES<br>310 L ST #310<br>ANCHORAGE AK 99501 | 18.10 | Claim CLASS I, Payment 2.92994% | 7100 |
|  |  | 48,326.26 |  |  |