UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA



RECEIVED

DEC 13 2010

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

IN RE:

    Wave Wholesale Co., LLC
    Debtor

    01-00029
    Bankruptcy Case No.

## APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

Comes now the Claimant identified below, to make application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further shows that Claimant is:

NAME OF CLAIMANT    Unipro Food Service Law Euler Hermes ACI

MAILING ADDRESS    800 Red Brook Boulevard

    Owings Mills, MD               ZIP CODE    21117

PHONE NUMBER    (410) 753-0623

SSN/EIN    52-0222226

And that a dividend in the amount of $ 6,244.55 was awarded in this case to the Claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this application and any attachment for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Clamant requests the Court to enter an Order authorizing payment of the pro-rata dividend upon this claim.

DATE      November 30, 2010            _____
                                                                   Jack Lee Wiles
                                                                   Attorney in Fact for
                                                                   Claimant

---

FOR CLERK'S OFFICE USE:

( ) Application received on_____      ( ) Signed Order rece'd from Court on_____
( ) Copy of Application to US Atty_____      ( ) Voucher to USDC/payment on_____
( ) Appli/Order to Clerk of Court_____      ( ) Paid voucher received on_____



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ALASKA

IN RE:

___Wave Wholesale Co., LLC___
    Debtor

___01-00029___
    Bankruptcy Case No.

## MOTION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

Comes now the Claimant identified below, to make application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further shows that Claimant is:

NAME OF CLAIMANT     Unipro Food Service Law Euler Hermes ACI

MAILING ADDRESS    800 Red Brook Boulevard

___Owings Mills, MD___     ZIP CODE ___21117___

PHONE NUMBER    (410) 753-0623

SSN/EIN    52-0222226

And that a dividend in the amount of at least $ 6,244.55 was awarded in this case to the Claimant, which dividend is currently unclaimed and held by the Clerk of Court.

The original dividend check for this claim mailed to Claimant was not received as it was mailed to **100 Pratt Street, Fifth Floor, Baltimore, MD 21202.** The correct mailing address, as reflected on the original Proof of Claim, the Creditor Matrix, and other documentation filed in this case is **800 Red Brook Boulevard, Owings Mills, MD 21117**

Claimant certifies under penalty of perjury that all statements made by Claimant on this application and any attachment for this Application are, to the best of Claimant's knowledge, true and correct.

Accordingly, Clamant requests the Court to enter an Order authorizing payment of the pro-rata dividend upon this claim and any other equitable .

DATE __11/30/2010__            _____
                                                          CLAIMANT'S SIGNATURE

FOR CLERK'S OFFICE USE:

( ) Application received on_____     ( ) Signed Order rece'd from Court on _____
( ) Copy of Application to US Atty_____     ( ) Voucher to USDC/payment on _____
( ) Appli/Order to Clerk of Court_____     ( ) Paid voucher received on _____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

IN RE: Wave Wholesale Co., LLC ) Case No. 01-00029

**PROOF OF RIGHT TO PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS**

I, [Name of Person Filing Application]    Jack Lee Wiles

of [Address of Person Filing Application]    3855 South Boulevard, Suite 200

[City, State, Zip Code]    Edmond, OK 73013

on behalf of    Unipro Food Service Law Euler Hermes ACI    , the Claimant on the enclosed *Application for Payment of Dividend from Unclaimed Funds* form, files this *Proof of Right to Payment of Dividend from Unclaimed Funds*. In support of the Application, the undersigned has attached a sworn affidavit attesting to the identity of the person, or officer of the entity entitled to the unclaimed funds, the tax identification number or social security number of the creditor, and certifying that the person or entity on whose behalf this application is made, is a creditor in this bankruptcy case and is the rightful and exclusive claimant of the unclaimed funds for which application is made.

☒    The claimant represents a corporation and provides evidence consisting of Certificate(s)/Articles of Incorporation, Certificate(s)/Article(s) of Mergers or Successor Corporations, Declarations or Reports from the Secretary of State for the state wherein incorporation occurred, invoices and/or statements sent to the Debtor for payment of debts owed to the creditor, a file stamped copy of the Proof of Claim filed in the case. See attached "Qualifying Documentation Accepted as Proof of Right to Obtain Monies".

☐    The claimant is an individual and provides evidence consisting of document(s) which substantiate the claimant's credit relationship with the debtor, a file stamped copy of the Proof of Claim filed in the case, a photocopy of the applicant's current driver's license or, in the place of a driver's license, other identification containing the applicant's photograph and current address. See Attached "Qualifying Documentation Accepted as Proof of Right to Obtain Monies".

☒    (If assisted in this application, check this space also) The undersigned has entered into an agreement or otherwise represents that the undersigned is the claimant and is being assisted in this Application. The terms and consideration of any such agreement have been attached to this Proof of Right to Unclaimed Funds. A Limited Power of Attorney on the form provided by the Clerk of the U.S. Bankruptcy Court has been completed and is attached to the Application for Payment of Dividend form. See attached "Qualifying Documentation Accepted as Proof of Right to Obtain Monies".

The undersigned certifies under the penalty of perjury, that the attachments submitted in support of this Proof of Right to Unclaimed Funds are filed in good faith and are intended to recover funds rightfully owned by the Creditor.

Date: November 30, 2010

Jack Lee Wiles
Attorney in Fact for
Unipro Food Service Law Euler Hermes ACI
Print Creditor's Name

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ALASKA

State of: Maryland )
) **AFFIDAVIT IN SUPPORT OF PROOF OF**
) **RIGHT TO PAYMENT OF DIVIDEND**
) **FROM UNCLAIMED FUNDS**
County of: Baltimore )

BEFORE ME, the undersigned Notary Public, on this day personally appeared _Lisa Bond_ _____ of Unipro Foodservice/Euler Hermes ACI who being by me first duly sworn, upon his oath deposed and said:

"My name is _Lisa Bond_, I am over the age of eighteen years, and have never been convicted of a felony, and I am fully competent and qualified to make this Affidavit. My Social Security Number is :

XXX-XX-_6624_

In Bankruptcy Case No. _____01-00029_____, Debtor: Wave Wholesale Co., LLC

I hereby certify that Unipro Foodservice/Euler Hermes ACI (Claimant) is the rightful and exclusive owner and Claimant is entitled to the dividend from unclaimed funds for which application is made. I further certify that such dividend is due and owing to Claimant and that I am the creditor or an officer of the creditor duly authorized to apply for and receive the dividend of unclaimed funds for which this application is made." Further affiant sayeth not.

_Lisa Bond_
Signature

SUBSCRIBED AND SWORN BEFORE ME THIS _27th_ DAY OF _OCTOBER_, _2010_
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

_Michael E. Brzozowski_
NOTARY PUBLIC IN AND FOR

(SEAL)

The State of _____ MICHAEL E. BRZOZOWSKI
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires October 20, 2013

My Commission expires on _10/20/2013_

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: Wave Wholesale Co., LLC | Case No. 01-00029 |
|---|---|
| **Debtor(s).** | **Chapter 13** |
| | Judge: Donald MacDonald |

## NOTICE OF SERVICE
## OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Notice is hereby given to the U.S. Bankruptcy Court that on <u>December 1, 2010</u> date a copy of the Application for Payment of Unclaimed Funds along with a copy of the Order for Payment was mailed to the office of the

United States Attorney
222 West 7th Ave., #9, Rm 253
Anchorage, MD 99513-7567

By: _/s/ Jack Lee Wiles_
Jack Lee Wiles
American Property Locators, Inc.
Attorney-In-Fact for
Unipro Food Service Law Euler Hermes ACI

## CERTIFICATE OF RESOLUTIONS
## OF AMERICAN PROPERTY LOCATORS, INC.

I hereby certify that at a meeting of the Board of Directors of American Property Locators, Inc., a corporation organized under the laws of the State of Oklahoma, held the 15th day of September, 2010 at which a quorum was present and acting throughout, the following resolution was duly adopted and is now in full force and effect:

"Resolved that Greg Griffith, Jim Duffield a/k/a J. Armstrong Duffield, Neely Goen, Jack Lee Wiles, Nancy McMillan and Dale Kennedy are hereby fully authorized and empowered to act as agents and/or contract for and on behalf of American Property Locators, Inc. to obtain recoveries of property/money owed to various parties/entities and to make, execute, and deliver, any and all written instruments necessary or proper to effectuate the authority hereby conferred."

I further certify that the authority thereby conferred is not inconsistent with the Charter or By-Laws of this Corporation, and that the following is a true and correct list of the officers of this Corporation authorized to act.

_____
Signing Officers: Ron B. Leppke, President

ACKNOWLEDGMENT

STATE OF Oklahoma )
COUNTY OF Oklahoma )

Before me, the undersigned a Notary Public, in and for said County and State on this 15th day of September, 2010, personally appeared Ron B. Leppke to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its President and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
4-27-2011

Notary _____

KATRINA J. CUTTER
Notary Public
State of Oklahoma
Commission # 03004752 Expires 04/27/11

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# 805416

FILED
Feb 16, 2010
Secretary of State

**Entity Name:** EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY

**Current Principal Place of Business:**

800 RED BROOK BLVD
OWINGS MILLS, MD 21117    US

**New Principal Place of Business:**

**Current Mailing Address:**

800 RED BROOK BLVD
OWINGS MILLS, MD 21117    US

**New Mailing Address:**

FEI Number: 52-0222226    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

CHIEF FINANCIAL OFFICER
P O BOX 6200 (32314-6200)
200 E. GAINES ST
TALLAHASSEE, FL 323990000 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent    Date

**Election Campaign Financing Trust Fund Contribution ( ).**

## OFFICERS AND DIRECTORS:

Title:       V
Name:        EMERSON, II BM
Address:     800 RED BROOK BLVD.
City-St-Zip: OWINGS MILLS, MD 21117

Title:       VSD
Name:        MCCANN, KEVIN P VSD
Address:     800 RED BROOK BLVD.
City-St-Zip: OWINGS MILLS, MD 21117

Title:       PD
Name:        DÃŒMLER, JOCHEN P
Address:     800 RED BROOK BLVD.
City-St-Zip: OWINGS MILLS, MD 21117

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:   MICHAEL E. BRZOZOWSKI                    AS            02/16/2010
Electronic Signature of Signing Officer or Director                  Date

**Lisa A. Bond**
Supervisor, Small Claims

800 Red Brook Boulevard
Owings Mills, MD 21117
Tel: 410 753 0747 Fax: 410 753 0943
Toll Free: 877 883 3224
lisa.bond@eulerhermes.com



EULER HERMES
ACI

Allianz Group

## Certificate of Authority to Act for
## Euler Hermes American Credit Indemnity Company

I, the undersigned, **Linda Clash**, as **Vice President of Claims Operations** of Euler Hermes American Credit Indemnity Company, do hereby certify that **Lauren Dunn** and **Lisa Bond** have the authority to act on behalf of Euler Hermes American Credit Indemnity Company in all matters for Euler Hermes American Credit Indemnity Company relating to the recovery of funds, including, without limitation, the recovery of unclaimed funds arising from bankruptcy matters.

IN WITNESS HEREOF, I have hereunto signed my name this 27 day of October, 2010.

Euler Hermes American Credit Indemnity Company

*Linda Clash*

Linda Clash
Vice President of Claims Operations

Corporate seal

Notary Statement

STATE OF Maryland
COUNTY OF Baltimore

ACKNOWLEDGMENT

Before me, the undersigned a Notary Public, in and for said County and State on this 27th day of OCTOBER, 2010, personally appeared Linda Clash to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Vice President of Claims Operations and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
10/20/2013

Notary *Michael E. Brzozowski*

MICHAEL E. BRZOZOWSKI
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires October 20, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

IN RE: Wave Wholesale Co., LLC )
) Case No. 01-00029
) Chapter 13
Debtor(s) )

TO: Jack Lee Wiles
(Name of Attorney-In-Fact)

American Property Locators
(Name of Attorney-In-Fact's Firm)

3588 S. Boulevard, Ste 200
(Attorney-In-Fact's Street Address)

Edmond, OK 73103
(Attorney-In-Fact's City, State, Zip Code)

73-1425193
(Attorney-In-Fact's Tax Identification Number/Social Security Number)

LIMITED POWER OF ATTORNEY IN
SUPPORT OF APPLICATION FOR
PAYMENT OF DIVIDENT FROM
UNCLAIMED FUNDS.

The Undersigned creditor hereby authorizes you, as attorney-in-fact for the undersigned and with full power to act in my name, place and stead, to claim and receive funds totaling $ 6,244.55 and in general perform any act not constituting the practice of law to assert this claim and secure the property of the undersigned. The check delivering said funds to the attorney-in-fact shall list the undersigned and the attorney-in-fact as the payee. If the creditor is a corporation, the officer signing this Power of Attorney represents and warrants that such individual has authority to sign for the corporation.

Dated: October 27, 2010

_____

Lisa Bend
(Print Name: [If signed by a Corporate Officer, provide Title])

Uniproi Foodservice/Euler Hermes ACI
Creditor's Corporate Name

800 Red Brook Boulevard,
(Creditor's Street Address)

Owings Mills, MD 21117
(Creditor City, State, Zip Code)

(410) 753-0623
(Creditor's Area Code and Telephone Number)

52-0222226
(Employer Tax Identification Number/Social Security Number)

SUBSCRIBED AND SWORN BEFORE ME THIS 27TH DAY OF OCTOBER, 2010
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

_____
NOTARY PUBLIC IN AND FOR

(SEAL) The State of _____

MICHAEL E. BRZOZOWSKI
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires October 20, 2013

My Commission expires on _____



# Ron Leppke

**From:** Ron Leppke
**Sent:** Thursday, October 14, 2010 11:57 AM
**To:** 'Lauren.Dunn@eulerhermes.com'
**Subject:** RE: Euler Hermes - ACI - Unclaimed Bankruptcy Funds

Hi Lauren:

Yes. We are preparing the documents for the items not highlighted on the list. Also, we will send the documents for Unipro Food Service (6,244.55) item.

The rate is confirmed at 15%.

Feel free to contact me at anytime. Thank you.
Ron Leppke
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013

Telephone: (800) 730-4343
Fax: (405) 340-5968

---

**From:** Lauren.Dunn@eulerhermes.com [mailto:Lauren.Dunn@eulerhermes.com]
**Sent:** Thursday, October 14, 2010 8:40 AM
**To:** Ron Leppke
**Subject:** RE: Euler Hermes - ACI - Unclaimed Bankruptcy Funds

Ron,

Can you please confirm that you are handling all of the items on the attached list that are not highlighted?

In addition, I added a few items to the spreadsheet that you list in your emails below; please confirm your rate of 15%.

Thank you,

Lauren Dunn
Euler Hermes ACI
Claims Services Representative
Tel: +1 410 753 0623
Fax: +1 410 753 0943
Helpdesk Line + 1 800 413 2913
800 Red Brook Boulevard
Owings Mills, MD 21117
www.eulerhermes.us
A company of Allianz

**Customer Committed: We Make Your Business Our Business.**

Claims List

Register for AKB 01-00029  
Wave Wholesale Co., LLC

| Go To Case or Docket | Last Updated: Oct 11 2010 11:21AM CT | Update Register |
|---|---|---|

# Alaska
# Claims Register

### 01-00029 Wave Wholesale Co., LLC Closed 03/31/2010

**Judge:** Donald MacDonald, IV  **Chapter:** 11
**Office:** Anchorage  **Last Date to file claims:**
**Trustee:**  **Last Date to file (Govt):**

---

| Creditor: (358952)<br>UNIPRO FOODSERVICE LAW<br>EULER Hermes ACI<br>800 Red Brook Boulevard<br>Owings Mills, Maryland 21117 | **Claim No: 44**<br>*Original Filed Date*:<br>02/13/2001<br>*Original Entered Date*:<br>02/13/2001 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* 12/28/2004 |
|---|---|---|

Unsecured claimed:   $186055.48   Unsecured allowed:   $213055.48
Secured   claimed:         $0.00
Priority  claimed:         $0.00
Unknown   claimed:         $0.00
Admin     claimed:         $0.00
**Total     claimed: $186055.48        allowed: $213055.48**

*History:*
Details   44-1 02/13/2001 Claim #44 filed by UNIPRO FOODSERVICE LAW, total amount claimed: $186055.48
*Description:* (44-1) 220964
*Remarks:* (44-1) Allowed for per order at DE#16 filed in Adv. 03-90031



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

**FILED**
AUG 17 2010
CLERK
U.S. BANKRUPTCY
By _____
Deputy Clerk

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Ware Wholesale
CASE NUMBER: 01-00029

PLEASE CHECK ONE:

✓ UNCLAIMED DIVIDENDS

___ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| see attached | | 48,326.26 |

RECEIPT # 21179

FEE AMT. 48,326.26 INT. ___

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____
TOTAL: $ 48,326.26

DATE: 8/4/10

TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE
REVISED 2/94

| Check No | Claim | Amount | Description | UTC |
|---|---|---|---|---|
| 1262 | ABC DISTRIBUTING<br>ALASKA BEST<br>4001 W INTERNATIONAL RD #4<br>ANCHORAGE AK 99502 | 119.11 | Claim CLASS I, Payment 2.93061% | 7100 |
| 1264 | ACCESS INTERNATIONAL<br>17130 S TORRENCE AVE #500<br>LANSING IL 60438 | 320.81 | Claim CLASS I, Payment 2.93088% | 7100 |
| 1265 | ACCORD CO<br>POB 75230<br>FAIRBANKS AK<br>99707 | 29.15 | Claim CLASS I, Payment 2.93094% | 7100 |
| 1267 | ADVANCED FOOD SYSTEMS<br>POB 16006<br>PHOENIX AZ 85011 | 78.31 | Claim CLASS I, Payment 26.10333% | 7100 |
| 1041 | ALASKA DISTRIBUTORS<br>1200 WELLS WAY<br>FAIRBANKS AK 99701 | 285.36 | Claim 000038, Payment 2.93095% | 7100 |
| 1280 | ALASKA PAPER CO INC<br>POB 101977<br>ANCHORAGE AK 99519 | 27.20 | Claim CLASS I, Payment 2.93170% | 7100 |
| 1281 | ALASKAN BATTERY SUPPLY<br>POB 84188 FAIRBANKS AK 99708 | 9.08 | Claim CLASS I, Payment 2.92903% | 7100 |
| 1285 | AMERICAN INGEDIENTS<br>POB 802244<br>KANSAS CITY MO 64180 | 65.74 | Claim CLASS I, Payment 2.93082% | 7100 |
| 1045 | ARCTIC BUILDERS SOURCE, INC<br>380 E 54TH AVE STE A<br>ANCHORAGE AK 99518 | 16.50 | Claim 000042, Payment 2.92865% | 7100 |
| 1104 | AT&T Corp<br>c o Lowenstein Sandler PC<br>65 Livingston Avenue<br>Livingston NJ 07068 | 73.27 | Claim 000143, Payment 2.93080% | 7100 |
| 1292 | B& D FOODS<br>POB 16450<br>BOISE ID 83715 | 26.79 | Claim CLASS I, Payment 2.93107% | 7100 |
| 1293 | BAR SUPPLY<br>POB 17198<br>PORTLAND OR 97217 | 1,660.86 | Claim CLASS I, Payment 26.10274% | 7100 |
| 1299 | BOSTON'S PROPANE<br>PACIFIC NORTHWEST ENERGY<br>3037<br>CENTER ST<br>TACOMA WA 98406 | 23.62 | Claim CLASS I, Payment 2.93030% | 7100 |
| 1300 | BRACH CONNECTIONS<br>POB 100120<br>FIRST CHICAGO LOCK BOX<br>PASADENA CA 91189 | 20.70 | Claim CLASS I, Payment 2.93118% | 7100 |
| 1302 | BROWN'S ELECTRICAL<br>365 INDUSTRIAL WAY<br>ANCHORAGE AK<br>99501 | 8.71 | Claim CLASS I, Payment 2.93108% | 7100 |
| 1303 | BUREAU NATIONAL AFFAIRS<br>1231 25TH ST NW<br>WASHINGTON DC 20037 | 61.17 | Claim CLASS I, Payment 2.93100% | 7100 |
| 1113 | C A NEWELL COMPANY INC<br>P O BOX 24186<br>SEATTLE WA 98124-0186 | 95.63 | Claim CLASS I, Payment 2.93104% | 7100 |

| Check No | Claim | Amount | Description | UTC |
|---|---|---:|---|---|
| 1306 | CAPTIVE AIR<br>122 B WHEATON DR<br>YOUNGSVILLE NC 27596 | 438.79 | Claim CLASS I, Payment 2.93099% | 7100 |
| 1119 | CARLTON FONG<br>9401 KING ST<br>ANCHORAGE AK 99515 | 6.89 | Claim CLASS I, Payment 2.92880% | 7100 |
| 1308 | CELLULAR ONE<br>306 OLD STEESE HIGHWAY<br>FAIRBANKS AK 99701 | 18.44 | Claim CLASS I, Payment 2.92987% | 7100 |
| 1314 | CONTINETAL MILLS INC<br>DEPT 510<br>POB 34935<br>SEATTLE WA 98124 | 45.92 | Claim CLASS I, Payment 2.93068% | 7100 |
| 1316 | COPELCO CAPITAL INC<br>1800 OVERCENTER DR<br>MOBERLY MO 55270 | 85.67 | Claim CLASS I, Payment 2.93113% | 7100 |
| 1032 | DREYER'S GRAND ICE CREAM<br>P O BOX 84981<br>SEATTLE WA 98124-6281 | 669.94 | Claim 000029, Payment 2.93098% | 7100 |
| 1024 | DRI<br>6645 N ENSIGN<br>PORTLAND OR 97217 | 882.02 | Claim 000020, Payment 26.10268% | 7100 |
| 1063 | EMERALD CITY FROZEN EXPRESS<br>6947 COAL CREEK PARKWAY SE<br>SUITE 1800<br>NEWCASTLE WA 98059-3159 | 174.92 | Claim 000065, Payment 26.10201% | 7100 |
| 1062 | EXIDE CORPORATION<br>ATTN: CREDIT DEPT<br>PO BOX 14205<br>READING PA 19612-9985 | 107.55 | Claim 000064, Payment 2.93114% | 7100 |
| 1114 | FAIRBANKS URGENT CARE<br>1867 airport way # 130b<br>FAIRBANKS AK 99701 | 13.55 | Claim CLASS I, Payment 26.10790% | 7100 |
| 1014 | FIRE PROTECTION CONTRACTORS INC.<br>P O BOX 773629<br>EAGLE RIVER AK 99577 | 346.87 | Claim 000010, Payment 26.10204% | 7100 |
| 1117 | FISHKING PROCESSORS INC<br>POB 21385 MARKET STN<br>LOS ANGELES CA 90021 | 2,000.46 | Claim CLASS I, Payment 2.93095% | 7100 |
| 1051 | GAI'S SEATTLE FRENCH BAKING CO INC<br>C/O HOUSTON & HENDERSON<br>ROGER E. HENDERSON<br>701 WEST 41ST AVE STE 202<br>ANCHORAGE, AK 99503 | 179.20 | Claim 000049, Payment 2.93084% | 7100 |
| 1094 | GENERAL ELECTRIC CAPITAL CORP<br>C/O DENNIS FENERTY<br>GROH EGGERS LLC<br>3201 C STREET STE 400<br>ANCHORAGE AK 99503 | 10.61 | Claim 000108, Payment 2.93005% | 7100 |
| 1126 | GENSCO<br>01 E 100TH AVE5<br>ANCHORAGE AK 99515 | 8.70 | Claim CLASS I, Payment 2.93008% | 7100 |
| 1128 | GLOBAL HARVEST FOODS<br>7066 S 188TH ST<br>KENT WA 98032 | 95.52 | Claim CLASS I, Payment 2.93078% | 7100 |

| Check No | Claim | Amount | Description | UTC |
|---|---|---|---|---|
| 1132 | HEARTLAND APPAREL<br>POB 1575 FB#9<br>MINNEAPOLIS MN 55480 | 29.59 | Claim CLASS I, Payment 2.93144% | 7100 |
| 1133 | HI CONTRY CORONA INC<br>POB 1630<br>CONOA CA 92879-1630 | 532.32 | Claim CLASS I, Payment 26.10243% | 7100 |
| 1134 | HOFFMAN FUEL SERVICES<br>POB 406<br>BETHEL AK 99559 | 31.75 | Claim CLASS I, Payment 2.93062% | 7100 |
| 1135 | HOFFMAN STRAPPING & FASTENING<br>7821 KING ST # 1<br>ANCHORAGE AK 99518 | 15.31 | Claim CLASS I, Payment 2.93267% | 7100 |
| 1136 | HOLIDAY PARKS INC<br>1820 MARIKA<br>FAIRNBANKS AK 99709 | 15.62 | Claim CLASS I, Payment 2.93031% | 7100 |
| 1137 | HOUSTON'S INC<br>9799 S W FREEMAN DR<br>WILSONVILLE OR 97070 | 33.90 | Claim CLASS I, Payment 2.93065% | 7100 |
| 1138 | HUNT WESSON INC<br>POB 84044<br>DALLAS TX 75284-0444 | 63.32 | Claim CLASS I, Payment 2.93105% | 7100 |
| 1139 | HUSKY HAULERS INC<br>3621 ROYAL ROAD<br>FAIRBANKS AK 99707-1540 | 307.76 | Claim CLASS I, Payment 2.93105% | 7100 |
| 1140 | HUTTING BUILDING PRODUCTS<br>BOX 5054<br>CHICAGO IL 60693 | 6.79 | Claim CLASS I, Payment 2.93064% | 7100 |
| 1145 | ILIAMNA COMMERCIAL ENTERPRISES<br>POB 879003<br>WASILLA AK 99687 | 30.78 | Claim CLASS I, Payment 2.93143% | 7100 |
| 1150 | INTERNATIONAL HOME FOODS<br>21021 NETWORK PLACE<br>CHICAGO IL 60673-1210 | 111.65 | Claim CLASS I, Payment 2.93111% | 7100 |
| 1154 | K APPLIANCE<br>100 E FIREWEED LANE<br>ANCHORAGE AK 99503 | 11.22 | Claim CLASS I, Payment 26.09302% | 7100 |
| 1027 | L F HADLEY ASSOCIATES<br>2200 W ELMORE ST<br>SEATTLE WA 98199 | 515.52 | Claim 000023, Payment 26.10228% | 7100 |
| 1072 | LACROSSE FOOTWEAR INC<br>PO BOX 1328<br>LA CROSSE WI 54602-1328 | 347.60 | Claim 000076, Payment 2.93099% | 7100 |
| 1161 | LIGHTWARE<br>POB 29000<br>BELLINGHAM WA 98228 | 214.57 | Claim CLASS I, Payment 26.10214% | 7100 |
| 1163 | LRCS UNITED ENTERPRISES<br>11825 S.W. GREENBURG RD, STE 1A<br>TIGARD OR 97223 | 25.16 | Claim CLASS I, Payment 2.93240% | 7100 |
| 1330 | LYNDEN AIR CARGO<br>PO BOX 3725<br>SEATTLE WA 98124-3725 | 71.19 | Claim CLASS I, Payment 2.93085% | 7100 |
| 1164 | LYONS-MAGNUS<br>FILE 11952<br>POB 6000<br>SAN FRANCISCO CA 94160-1952 | 379.47 | Claim CLASS I, Payment 2.93099% | 7100 |

| Check No | Claim | Amount | Description | UTC |
|---|---|---:|---|---|
| 1167 | MAGELLAN<br>960 OVERLAND CT<br>SAN DIMAS CA 91773 | 18.36 | Claim CLASS I, Payment 2.93038% | 7100 |
| 1172 | MERCEDES BENZ CREDIT<br>POB 354<br>LISLE IL 60532-0354 | 279.77 | Claim CLASS I, Payment 2.93103% | 7100 |
| 1171 | MERCEDES BENZ<br>POB 354<br>LISLE IL 50532-0354 | 5.28 | Claim CLASS I, Payment 2.92992% | 7100 |
| 1174 | MOBAT TIRE<br>3601 CUSHMAN ST<br>FAIRBANKS AK 99701 | 7.47 | Claim CLASS I, Payment 2.93517% | 7100 |
| 1176 | MURRAY'S DISPOSAL CO<br>POB 399<br>PUYALLUP WA 96371-0158 | 12.83 | Claim CLASS I, Payment 2.92882% | 7100 |
| 1177 | MW KASCH<br>5401 W DONGES BAY RD<br>MEQUON WI 53092-4498 | 3,046.45 | Claim CLASS I, Payment 26.10258% | 7100 |
| 1184 | NORTH STAR CAPITAL FW<br>PMB 48<br>6822 EASTSIDE DR NE<br>TACOMA WA 98422 | 7,278.65 | Claim CLASS I, Payment 26.10261% | 7100 |
| 1185 | NORTHLAND SOY PRODUCTS<br>2905 TANGLEWOOD<br>ANCHORAGE AK 99517 | 331.28 | Claim CLASS I, Payment 2.93093% | 7100 |
| 1187 | NOVA FISHERIES INC<br>5309 SHILSHOLE AVE NW<br>SEATTLE WA 98107 | 200.83 | Claim CLASS I, Payment 2.93085% | 7100 |
| 1010 | OFFICETECH<br>6921 BRAYTON DRIVE SUITE 103<br>ANCHORAGE AK 99507 | 42.67 | Claim 000005, Payment 2.93063% | 7100 |
| 1106 | OLSTEN STAFFING<br>HERMAN VISANI ESQ<br>WESTIN HURD FALLON<br>50 PUBLIC SQ # 2500<br>CLEVELAND OHIO 44113 | 66.69 | Claim 000146, Payment 2.93143% | 7100 |
| 1193 | PACIFIC COMPUTER PRODUCTS<br>POB 8968<br>FOUNTAIN VALLEY CA 92728 | 98.36 | Claim CLASS I, Payment 26.10334% | 7100 |
| 1199 | PICKLE BARREL DELI<br>209 E DIAMOND BLVD<br>ANCHORAGE AK | 45.00 | Claim CLASS I, Payment 2.93160% | 7100 |
| 1205 | PREDATOR BATTERIES OF ALASKA<br>pob 110689<br>ANCHORAGE AK 99511 | 9.56 | Claim CLASS I, Payment 2.93342% | 7100 |
| 1204 | PTI COMMUNICATIONS<br>POB 186540<br>ANCHORAGE AK 99519 | 59.43 | Claim CLASS I, Payment 2.93117% | 7100 |
| 1207 | QUALITY CHOICE FOODS<br>4245 N 40TH ST<br>PHOENIX AZ 85019 | 303.94 | Claim CLASS I, Payment 2.93101% | 7100 |
| 1214 | ROADMASTER<br>POB 95749<br>CHICAGO IL<br>60694 | 3,891.36 | Claim CLASS I, Payment 26.10258% | 7100 |

| Check No | Claim | Amount | Description | UTC |
|---|---|---|---|---|
| 1210 | RT RUDE<br>129 W 53RD AVE<br>ANCHORAGE AK 99518 | 37.87 | Claim CLASS I, Payment 2.93107% | 7100 |
| 1217 | SAFETY CHEM INC<br>1771 SOUTH 900 WEST<br>SALT LAKE CITY UT 84104 | 558.72 | Claim CLASS I, Payment 26.10243% | 7100 |
| 1220 | SAMS CLUB<br>POB 9904<br>MACON GA 31297 | 308.05 | Claim CLASS I, Payment 2.93102% | 7100 |
| 1224 | SOLUTIONS BASED DISTRIBUTORS<br>200 WEST ELMORE ST<br>SEATTLE WA 98199 | 606.89 | Claim CLASS I, Payment 26.10280% | 7100 |
| 1225 | SOUND DISTRIBUTING<br>32 G STREET<br>AUBURN WA 98001 | 135.30 | Claim CLASS I, Payment 2.93079% | 7100 |
| 1227 | SPARKELTS<br>MCKESSIN WATER PRODUCTS<br>POB 7126<br>PASADENA CA 91109 | 41.51 | Claim CLASS I, Payment 26.10035% | 7100 |
| 1228 | SPECIALITY FROZEN PRODUCTS<br>POB 34108<br>SEATTLE WA 98124-1108 | 766.32 | Claim CLASS I, Payment 26.10260% | 7100 |
| 1030 | STATE FAIR FOODS<br>P O BOX 730297<br>DALLAS TX 75373-0297 | 238.99 | Claim 000027, Payment 2.93094% | 7100 |
| 1230 | STEARNS<br>NW 9158<br>MINNEAPOLIS MN 55485 | 15.55 | Claim CLASS I, Payment 2.93048% | 7100 |
| 1231 | SUNNY FRESH FOODS<br>POB 277283<br>ATLANTA GA 30384-7283 | 28.20 | Claim CLASS I, Payment 2.92987% | 7100 |
| 1233 | SWEET CANDY CO<br>POB 2008<br>SALT LAKE CITY UT 84110 | 24.53 | Claim CLASS I, Payment 2.93070% | 7100 |
| 1241 | TALLY PRINTER CO<br>PON 84102<br>SEATTLE WA 98124 | 22.86 | Claim CLASS I, Payment 2.93077% | 7100 |
| 1112 | TALUS CORP<br>82 SCOTT DR<br>WESTBROOK ME 4092 | 39.07 | Claim CLASS I, Payment 2.93098% | 7100 |
| 1242 | TBI APPAREL<br>2507 S MAIN ST<br>LOS ANGELES CA 900O7 | 9.93 | Claim CLASS I, Payment 2.93214% | 7100 |
| 1334 | TESOR0<br>GROH EGGERS<br>3201 C STREET # 400<br>ANCHORAGE AK 99503 | 222.74 | Claim PREF, Payment 2.93079% | 7100 |
| 1244 | TESORO<br>POB 196272<br>ANHORAGE AK 99519 6272 | 166.85 | Claim CLASS I, Payment 2.93104% | 7100 |
| 1247 | TODD Y ALLEN<br>738 EGRET ROCK CR<br>ANCHIORAGE AK 99507 | 4,144.98 | Claim CLASS I, Payment 26.10258% | 7100 |
| 1007 | TRI STATE FOODS<br>P O BOX 58978<br>TUKWILA WA 98138 | 2,469.18 | Claim 000002, Payment 26.10265% | 7100 |

| Check No | Claim | Amount | Description | UTC |
|---|---|---|---|---|
| 1047 | UNIPRO FOODSERVICE LAW<br>EULER AMERICAN CREDIT INDEMNITY<br>100 E PRATT STREET, 5TH FLOOR<br>BALTIMORE MD 21202 | 6,244.55 | Claim 000044, Payment 2.93095% | 7100 |
| 1258 | UNITED STATES TOBACCO<br>POB 101322<br>ATLANTA GA 30392-1322 | 143.71 | Claim CLASS I, Payment 2.93094% | 7100 |
| 1235 | WESTERN PARCEL EXPRESS<br>POB 1108<br>KENT WA 98032 | 5.50 | Claim CLASS I, Payment 2.93506% | 7100 |
| 1107 | WILCOX FARMS INC<br>P O BOX 94176<br>SEATTLE WA 98124-6476 | 5,595.79 | Claim 000147, Payment 2.93095% | 7100 |
| 1237 | WPX<br>POB 1108<br>KENT WA 98035 | 23.92 | Claim CLASS I, Payment 2.93155% | 7100 |
| 1236 | WPX<br>POB 12618<br>SEATTLE WA 9811 | 8.64 | Claim CLASS I, Payment 2.93160% | 7100 |
| 1240 | YUTANA BARGE LINES<br>310 L ST #310<br>ANCHORAGE AK 99501 | 18.10 | Claim CLASS I, Payment 2.92994% | 7100 |
| | | 48,326.26 | | |