FILED
APR 2 0 2011
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA

In re:

WAVE WHOLESALE CO.,

Case No. 01-00029-DMD

Debtors.

## ORDER TO REMIT FUNDS HELD IN
## UNITED STATES TREASURY REGISTRY FUND

**Jack Lee Wiles, attorney-in-fact for creditor Unipro Food Service Law Euler Hermes ACI,** has applied for payment of **$6,244.55** from United States Treasury Registry funds held by this Court. Because the application is incomplete,

IT IS ORDERED that the application for payment is hereby denied.

DATED this 19th day of April, 2011.

_____
BANKRUPTCY JUDGE

Serve: Jack Lee Wiles, Attorney-in-fact for creditor Unipro Food Service Law Euler Hermes ACI

4·20·11